**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No:   22-16223 MCR |
| Debtor | * | (Chapter 7) |

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No.  23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

**NOTICE OF MOTION BY CHAPTER 7 TRUSTEE**
**FOR APPROVAL OF COMPROMISE OF CLAIMS**

NOTICE IS HEREBY GIVEN THAT Laura J. Margulies, Chapter 7 Trustee (the "Trustee"), has filed a Motion for Approval of Settlement and Compromise of Claims Against Christopher John Cahill and Richard Cahill (the "Defendants") in the adversary proceeding filed under Case No. 23-000587 pursuant to Bankruptcy Rules 9019 and 2002(a)(3) (the "Motion"). The Motion has been filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.

The Trustee, as Plaintiff, filed a Complaint alleging that both Debtors made avoidable transfers to or for the benefit of the Defendants during the three (3)  year period prior to the Petition Date which transfers were preferential transfers and/or fraudulent conveyances. The Defendants deposited the Transfers into accounts owned by the Defendants as tenancy by the entirety. The

Trustee filed an Objection to Christopher Cahill's Amended Claim of Exemptions in the Individual Case in the amount of $44,000 as well as other exemptions.

The Defendants will cause the sum of $75,500.00 to be paid to the Trustee in one lump sum after Christopher voluntarily amends his exemption of retirement funds to reduce the exemption by $75,500. The Trustee will then file a motion to turnover the nonexempt portion of the retirement funds. The Plaintiff and the Defendants will exchange mutual releases of the opposing parties.

NOTICE IS FURTHER GIVEN that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice. Objections must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770. Any objections must also be served on Laura J. Margulies, Trustee, 401 N. Washington Street, Suite 500, Rockville, MD 20850, and James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814, counsel for the Chapter 7 Trustee.

Objections must set forth in detail the legal and factual grounds upon which they are based. The Court, in its discretion, may conduct a hearing or determine this matter without a hearing regardless of whether an objection is filed. The Motion may be granted without further order or notice if no timely objection is filed. Creditors or other interested parties desiring further information are encouraged to contact the undersigned Trustee.

Date:   April 4, 2024                     */s/ James M. Hoffman*
                                          James M. Hoffman (Bar #04914)
                                          Offit Kurman, P.A.
                                          7501 Wisconsin Ave, Suite 1000W
                                          Bethesda, MD 20814
                                          Telephone: (240) 507-1710
                                          JHoffman@offitkurman.com
                                          *Attorney for Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 4th day of April 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via this Court's CM/ECF system upon the following parties:

Parties under Adv Proc. No.: 23-00287:

- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;

mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Parties under Christopher's Case No.: 22-16740:

- **Corinne Donohue Adams**     cadams@yvslaw.com, cadams@yvslaw.com; pgomez@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;r39990@notify.bestcase.com
- **Justin Philip Fasano**     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Leah Christina Freedman**     bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **James M. Hoffman**     jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lawrence A. Katz**     lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com;aklena@hirschlerlaw.com;ndysart@hirschlerlaw.com
- **Michael J. Klima**     bankruptcy@peroutkalaw.com
- **Lynn A. Kohen**     lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**     trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- **John McKenna**     jackmckenna@asm-law.com
- **Gregory Christopher Mullen**     bankruptcy@bww-law.com, gregory.c.mullen@gmail.com
- **Jason S. Ordene**     jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Jeffrey M. Orenstein**     jorenstein@wolawgroup.com
- **Daniel J. Pesachowitz**     dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Richard M. Sissman**     RSissmanesq@his.com
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY, that on this 4th day of April 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via regular U.S. Mail, postage prepaid upon the following parties:

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Richard Cahill
13312 Drew Lane
Potomac, MD 20854

All parties on the attached creditor matrices

    /s/ James M. Hoffman
    James M. Hoffman

4883-3125-7521, v. 3

3