Label Matrix for local noticing
0416-0
Case 22-16740
District of Maryland
Greenbelt
Thu Apr  4 10:49:22 EDT 2024

Pentagon Federal Credit  Union
BWW Law Group
8100 Three Chopt Road
Richmond, VA 23229-4833

Truist Bank
Klima, Peters & Daly, PA
8028 Ritchie Hwy Ste 300
Pasadena, MD 21122-1360

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Amex
PO Box 6789
Sioux Falls, SD 57117-6789

Amex
PO Box 981537
El Paso, TX 79998-1537

Andrew Stewart, Esq.
Whitestone Law, PLLC
11718 Bowman Green Drive Suite 200
Reston, VA 20190-3596

Apple Federal Credit Union
4097 Monument Corner Dr.
Fairfax, VA 22030-8640

Apple Federal Credit Union
Attn: Bankruptcy
PO Box 1200
Fairfax, VA 22038-1200

Arturo Esquivel
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

BFS Operations, LLC successor in interest to
c/o Leslie Stewart
8101 Snouffer School Road
Gaitherburg, MD 20879-1505

Bank of America, N.A.
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Barclays Bank
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Barclays Bank
P.O. Box 8803
Wilmington, DE 19899-8803

Botanical Decorators, Inc.
5011 Olney Laytonsville Road
Olney, MD 20832-1903

Carlos Roberto Cardona Palencia
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Cesar Portillo Hernandez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi
P.O. Box 6789
Sioux Falls, SD 57117-6789

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Express
PO Box 182789
Columbus, OH 43218-2789

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

District of Columbia Office of Tax and R
1101 4th St SW #270
Washington, DC 20024-4457

Duman H. Gonzalez Hernandez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Dylan French
5505 16th Street, NW
Washington, DC 20011-6822

Edwin F. Salam Chub
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Fidel A. Bruno
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Gateway One Lending & Finance
3818 E Coronado St
Anaheim, CA 92807-1620

Hugo Antonio Melgar
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Hyundai Motor Finance
Attn: Bankruptcy
PO Box 20829
Fountain Valley, CA 92728-0829

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isai Vargas Castellon
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jpmcb Card
PO Box 30281
Salt Lake City, UT 84130-0281

Juan Antonio Gonzalez Hernandez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Juan Enrique Choc Max
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Juan Salam Rax
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Kendell Day & Danielle Baussan
c/o Tobin O'Connor & Ewing
5335 Wisconsin Avenue, NW Suite 700
Washington, DC 20015-2056

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708-6031

Kia Motors Finance
Attn: Bankruptcy
PO Box 20825
Fountain Valley, CA 92728-0825

Laura Margulies
1680 E. Gude Drive Suite 200
Rockville, MD 20850-1371

Laura Margulies, Trustee
For the Estate of Botanical Decorators,
1680 E. Gude Drive, Suite 200
Rockville, MD 20850-1371

Laura Margulies, Trustee
For the Estate of CJ Cahill Design Build
1680 E. Gude Drive, Suite 200
Rockville, MD 20850-1371

Mark Gilday, Esq.
BBS&G
7315 Wisconsin Avenue Suite 800 West
Bethesda, MD 20814-3202

Michelle and Robert Labelle
9893 Windy Hollow Rd
Great Falls, VA 22066-3552

Nvr Mortgage
Attn: Bankruptcy
555 Southpointe Blvd
Ste 300
Canonsburg, PA 15317-8592

Oscar Orlando Martinez Ortiz
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Patrick James McCusker
220 Virginia Ave.
Alexandria, VA 22302-2906

Pennymac Loan Services, LLC
Attn: Correspondence
Unit PO Box 514387
Los Angeles, CA 90051-4387

Pennymac Loan Services, LLC
PO Box 514387
Los Angeles, CA 90051-4387

Pentagon Federal Cr Un
PO Box 1432
Alexandria, VA 22313-1432

Pentagon Federal Credit Union
6191 N State Highway 161
Irving, TX 75038-2246

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA 22313-1432

Richard Cahill
13312 Drew Lane
Potomac, MD 20854-1033

Sandy Spring Bank
Attn: Diana Wigginton, VP
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sandy Spring Bank c/o Diana Wigginton
6831 Benjamin Franklin Drive
Columbia MD 21046-2633

Sebastian Marvin Salam Chub
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-0505

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Servio Urrea Ochoa
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Shannon and Scott Forchhieimer
6808 Millwood Road
Bethesda, MD 20817-6060

Sheffield Financial
PO Box 849
Wilson, NC 27894-0849

SiteOne Landscape Supply
300 Colonial Center Pkwy
Suite 550
Roswell GA 30076-4957

St Dpt Fcu
1630 King St
Alexandria, VA 22314-2763

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Steve Lamontagne
1000 Murphy Drive
Great Falls, VA 22066-1935

Synchrony Bank/Tjx
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Tjx
PO Box 965015
Orlando, FL 32896-5015

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste.  L-15
Rockville, MD 20850-4188

Truist Bank
Attn: Bankruptcy Mail Code VA-RVW-6290
PO Box 85092
Richmond, VA 23285-5092

Truist Bank
PO Box 580223
Charlotte, NC 28258-0223

Truist Bank
PO Box 849
Wilson, NC 27894-0849

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

Volkswagen Credit, Inc
Attn: Bankruptcy
PO Box 3
Hillsboro, OR 97123-0003

Volvo Car Financial Services
Attn: Bankruptcy
PO Box 91300
Mobile, AL 36691-1300

Volvo Car Financial Sv
1 Volvo Dr
Rockleigh, NJ 07647-2507

Volvo Financial Services
P.O. Box 91614
Mobile, AL 36691-1614

Walter Alexander Granados Rodriguez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Dr
Raleigh, NC 27607-5066

Wells Fargo Dealer Services
PO Box 71092
Charlotte, NC 28272-1092

William P. McGrath, Jr., Esq.
Kalbian Hagerty LLP
888 17th Street, NW Suite 1200
Washington, DC 20006-3320

Andy Werner Jr.
6 Montgomery Village Avenue, #200
Gaithersburg, MD 20879-3548

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854-1033

Dylan French
c/o Bregman, Berbert, Schwartz, & Gilday
7315 Wisconsin Ave.
Suite 800 West
Bethesda, MD 20814-3217

James M. Hoffman
Offit Kurman, P.A.
7501 Wisconsin Ave, Ste 1000 W
Bethesda, MD 20814-6527

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD 20850-7203

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416

Laura J. Margulies
Laura Margulies, Trustee
401 North Washington Street
Suite 500
Rockville, MD 20850-1789

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Robert and Michelle LaBelle
c/o Paul Sweeney, Esquire
YVS Law, LLC
11825 W. Market Place
2nd Floor
Fulton, MD 20759-2592

Scott and Shannon Forchheimer
6808 Millwood Road
Bethesda, MD 20817-6060

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BBVA Compass
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296-0001

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Citizens Bank
480 Jefferson Blvd
Warwick, RI 02886-1359

(d)Citizens Bank
Attention: ROP-15B
1 Citizens Dr
Riverside, RI 02915-3026

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

(d)JPMCB Card Services
PO Box 15369
Wilmington, DE 19850

(d)Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

Pentagon Federal Credit Union
POB 1432 MORTGAGE SERVICES
Alexandria, VA 22313

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BFS Operations, LLC

(u)Volvo Car Financial Services US, LLC

(u)Botanical Decorators, Inc.
INVALID ADDRESS PROVIDED

(u)CJ Cahill Design Build, Inc.
INVALID ADDRESS PROVIDED

(u)Gateway One Lending & Finance
INVALID ADDRESS PROVIDED

(u)Nvr Mortgage
INVALID ADDRESS PROVIDED

(u)Sheffield Financial
INVALID ADDRESS PROVIDED

(u)Patrick McCusker

(u)Richard Cahill

End of Label Matrix
Mailable recipients    95
Bypassed recipients     9
Total                 104