```
Label Matrix for local noticing          Botanical Decorators, Inc.              Johnson Family Enterprises, LLC
0416-0                                   P.O. Box 60833                          c/o Catherine Keller Hopkin, Esquire
Case 22-16223                            Potomac, MD 20859-0833                  YVS Law, LLC
District of Maryland                                                             185 Admiral Cochrane Drive, Suite 130
Greenbelt                                                                        Annapolis, MD 21401-7582
Thu Apr  4 10:49:02 EDT 2024

Sandy Spring Bank                        US Trustee - Greenbelt 11               AFS Geo Consultants, LLC
Henry & O'Donnell, P.C.                  6305 Ivy Lane, Suite 600                 7820 Lakeland Valley Drive
c/o Kevin M.O'Donnell                    Greenbelt, MD 20770-6305                Springfield, VA 22153-4105
300 N. Washington St., Ste. 204
Alexandria, VA 22314-2530


Acme Biomass Reduction Inc. d/b/a Pogo T  Alan Kirschenbaum                      Amwins Connect Administrators
17328 Georgia Avenue                      3211 Rowland Pl., NW                   P.O. Box 64802
Olney, MD 20832-2432                      Washington, DC 20008-3224              Baltimore, Maryland 21264-4802



Anil Nathan                              Anne and Michael Donohoe                Arturo Esquivel
407 Deer Meadow Lane                     6106 Edgewood Terrace                   Michael K. Amster, Esq.
Rockville, MD 20850-5824                 Alexandria, VA 22307-1125               8757 Georgia Avenue, Suite 400
                                                                                 Silver Spring, MD 20910-3738



Autumn and Jim Vandehei                  Bank of America                         Banner Life Insurance Company
418 West Braddock Road                   Attn: Bankruptcy Department             3275 Bennett Creek Avenue
Alexandria, VA 22302-4209                475 Cross Point Parkway P.O. Box 9000   Frederick, Maryland 21704-7608
                                         Getzville, NY 14068-9000



Barbara Sable                            Barbara Silverstein                     Barclays
9601 Hall Road                           3211 Rowland Place NW                   P.O. Box 70378
Potomac, MD 20854-4344                   Washington, DC 20008-3224               Philadelphia, PA 19176-0378



Bellwether Insurance Partners LLP        Bill and Lisa McGlone                   Bob and Jessica Cronin
50 Citizens Way                          4521 32nd Road N.                       3205 Woodbine Street
Suite 204                                Arlington, VA 22207-4466                Chevy Chase, MD 20815-3929
Frederick, MD 21701-6024



Brian Hahn                               Brian Seigle                            Bruce McCulloch
18515 Yarnbrooke Place                   519 Canterbury Land                     206 Lloyds Lane
Olney, MD 20832-1878                     Alexandria, VA 22314-4747               Alexandria, VA 22302-3707



CJC and Assoc. T/A  Botanical Decor 401(k) P   Caren Glassman                    Carlos Cardona
1335 East- West Highway, Suite 200             10300 Crown Point Court           5826 Humblebee Road
Silver Spring, MD 20910-6253                   Potomac, MD 20854-3901            Columbia, MD 21045-3505



Carlos Roberto Cardona Palencia          Carolyn and Jamie Butler                Catherine and Richard Singleton
c/o Michael K. Amster, Esq.              5053 Glenbrook Terrace NW               7109 44th Street
8757 Georgia Avenue, Suite 400           Washington, DC 20016-2602               Chevy Chase, MD 20815-6038
Silver Spring, MD 20910-3738
```

Chad and Murrell
9524 Mount Vernon Landing
Alexandria, VA 22309-3223

Charles and Kristin Gorelik
1900 Pimmit Drive
Falls Church, VA 22043-1111

Chris and Katie Grasso
407 Virginia Avenue
Alexandria, VA 22302-2910

Christopher Cahill
13312 Drews Lane
Potomac, MD 20854-1033

Christopher and Richard Cahill
13312 Drews Lane
Potomac, MD 20854-1033

Claire and David Patenaude
1505 North Gate Road
Washington, DC 20012-1219

Colleen Broulette
7724 Lee Avenue
Alexandria, VA 22308-1003

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Comcast Corporation
1701 JFK Boulevard
Philadelphia, PA 19103-2899

Commonwealth of Virginia
Virginia Workers Compensation Commission
333 E. Franklin Street
Richmond, VA 23219-2213

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

Dana and Tom Lawson
14008 Triadelphia Road
Glenelg, MD 21737-9731

Daniels, Newman & Armstrong
2729 Eva Court
Bethlehem, GA 30620-7639

Danine and Brian Gray
2076 Maidstone Farm Road
Annapolis, MD 21409-6053

David Schwarz
1732 Willard Street NW
Washington, DC 20009-1719

David and Jacqui Weisman-Michel
212 S. Fairfax Street
Alexandria, VA 22314-3304

Dede and Jim Schumacher
9113 Potomac Station Lane
Potomac, MD 20854-3906

Don and Debbie Milder
18606 Reliant Drive
Gaithersburg, MD 20879-5422

Duman H. Gonzalez Hernandez
2105 Guilford Road, Apt. 301
Hyattsville, MD 20783-4114

Duman H. Gonzalez Hernandez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Edwin F. Salam Chub
2204 Phelps Road, Apt. 203
Hyattsville, MD 20783-4449

Edwin F. Salam Chub
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Emily Goetzman
10300 Crown Point Court
Potomac, MD 20854-3901

Erie Indemnity Co. d/b/a Erie Insurance
100 Erie Place
Erie, PA 16530-0001

Ernest Maier, Inc.
4700 Annapolis Road
Bladensburg, MD 20710-1292

Express Lanes
P.O. Box 23530
Alexandria, VA 22304-0531

Express Lanes
c/o JP Morgan Chase Bank, N.A.
P.O. Box 28148
New York, NY 10087-8148

Exterior Design, Inc. d/b/a The Perennia
12017 Glen Arm Road
Glen Arm, MD 21057-9454

Fabricio and Paola Longhin
2962 Chain Bridge Road
Washington, DC 20016-3408

False Alarm Reduction Section
Department of Police
PO Box 83399
Gaithersburg, Maryland 20883-3399

| | | |
|---|---|---|
| Fidel A. Bruno<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Group Benefits Services, Inc. d/b/a Amwi<br>6 North Park Drive, Suite 310<br>Cockeysville, MD 21030-1821 | Hanover Farms Inc.<br>13262 Spring Road<br>Rockville, VA 23146-1502 |
| Hershell Kleinberg-Lisa Cohen<br>4555 Magnolia Manor Way<br>Alexandria, VA 22312-1400 | Hugo Antonio Melgar<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Hugo Melgar<br>3942 Bel Pre Road, Apartment #3<br>Silver Spring, MD 20906-2835 |
| Incorp<br>3773 Howard Hughes Parkway<br>Suite 500S<br>Las Vegas, Nevada 89169-6014 | Isai Vargas Castello<br>382 North Summit Avenue Apt. 101<br>Gaithersburg, MD 20877-3112 | Isai Vargas Castello<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| JK Enterprise Landscape Supply, LLC<br>15900 Lee Highway<br>Centreville, VA 20120-2137 | JK Enterprise Landscape Supply, LLC<br>PO Box 80<br>Clifton, VA 20124-0080 | JP and Bird Bishop<br>11222 Kinsale Court<br>Ellicott City, MD 21042-6132 |
| Jack T. Irwin Supply Inc.<br>601 East Gude Drive<br>Rockville, MD 20850-1327 | Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 | James Rutledge<br>6104 Landon Lane<br>Bethesda, MD 20817-6620 |
| Jason and Shelly Stoneman<br>4404 20th Road N<br>Arlington, VA 22207-2345 | Jay Hess<br>2300 N. Nottingham Street<br>Arlington, VA 22205-3343 | Jennifer and Tim Adams<br>7001 Benjamin Street<br>Mc Lean, VA 22101-1550 |
| Jessica and Bob Einhorn<br>2861 Brandywine Street NW<br>Washington, DC 20008-2164 | Jin and Jen Shank<br>10819 Avonlea Ridge Place<br>Damascus, MD 20872-1840 | Joe Williams<br>7404 Meadow Lane<br>Chevy Chase, MD 20815-5008 |
| Joe and Corry Rodgers<br>4111 Stanford Street<br>Chevy Chase, MD 20815-5213 | Joe and Mary Alexandre<br>502 Lloyds Lane<br>Alexandria, VA 22302-3713 | John and Elizabeth Siegle<br>214 W. Alexandria Avenue<br>Alexandria, VA 22302-4201 |
| John and Liza Marshall<br>2304 N. Nottingham Street<br>Arlington, VA 22205-3343 | Johnson Family Enterprises LLC<br>PO Box 341207<br>Bethesda, MD 20827-1207 | Joseph and Julie Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 |
| Juan Antonio Gonzalez-Hernandez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Juan Enrique Choc Max<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Juan Gonzalez-Hernandez<br>2105 Guilford Road, Apt. 301<br>Hyattsville, MD 20783-4114 |

| | | |
|---|---|---|
| Juan Salam Rax<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 | Juan Salam Rax<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Judith and Richard Morrissey<br>2723 N Street NW<br>Washington, VA 20007-3324 |
| Julia and Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 | Julia and Joe Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 | Julio Cesar Portillo Hernadez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Julio Portillo Hernadez<br>5826 Humblebee Rd<br>Columbia, MD 21045-3505 | Karen and John Walker<br>1101 Finley Lane<br>Alexandria, VA 22304-1953 | Kelly and Ed Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 |
| Kelly and Edward Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 | Kendall Day<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 | Kendall Day & Danielle Baussan<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 |
| Kevin and Tracy Durkin<br>3908 Seminary Road<br>Alexandria, VA 22304-1735 | Key Sanitation Incorporated<br>PO Box 163<br>Dickerson, Maryland 20842-0163 | Kristen and Peter Chadwick<br>601 President Ford Lane<br>Alexandria, VA 22302-3033 |
| Kurk and Kristen Blaylock<br>609 West Braddock Road<br>Alexandria, VA 22302-4104 | Lauren Maddox<br>913 St Stephens Road<br>Alexandria, VA 22304-1724 | Lucy Tschetter<br>3708 South 8th Street<br>Arlington, VA 22204-1528 |
| Malicia and John Kromer<br>2600 Russell Road<br>Alexandria, VA 22301-1540 | Maryland Department of Labor<br>Div. of Labor & Industry<br>10946 Golden West Drive<br>Suite 160<br>Hunt Valley, Maryland 21031-1308 | Maryland Department of Labor<br>Division of Occupational<br>and Professional Licensing<br>1100 N Eutaw Street<br>Room 300<br>Baltimore, Maryland 21201-2226 |
| Maryland Department of Labor<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street<br>Room 404<br>Baltimore, Maryland 21201-2226 | Maryland Department of Transportation<br>6601 Ritchie Highway, N.E.<br>Glen Burnie, Maryland 21062-1000 | (p)MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>BALTIMORE MD 21224-6673 |
| Menda Fife<br>4910 Loughboro Road<br>Washington, DC 20016-3457 | Meredith and Andrew Reinsdorf<br>7613 Woodridge Circle<br>Alexandria, VA 22308-1060 | Missy and Marc Isakowitz<br>3198 Pond Mist Way<br>Herndon, VA 20171-1905 |
| Montgomery County Sanitation<br>P.O. Box 115<br>Dickerson, MD 20842-0115 | Morgan Washburn<br>168 West Hall Street<br>Bel Air, MD 21014-2834 | Nancy O'Connor<br>4004 Rosemary Street<br>Chevy Chase, MD 20815-5222 |

Nancy and Steven Smith
701 South Royal Street
Alexandria, VA 22314-4309

Nazia Karimi
5817 Doyle Road
Clifton, VA 20124-1308

Nick and Stephanie Nucci
16032 Fields End Court
Woodbine, MD 21797-7542


Oscar Orlando Martinez Ortiz
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Oscar Orlando Martinez Ortiz
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738


Otto Rene Esquivel Perez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

PAM  VA DOT
PO Box 500
Horseheads, NY 14845-0500

Patrick and Amber Tofilon
4841 Langdrum Lane
Chevy Chase, MD 20815-5412


Patrick and Stacia Collins
c/o Bean, Kinney & Korman, P.C.
Attn: Andrea C. Davison
2311 Wilson Boulevard, 5th Floor
Arlington, VA 22201-5422

Phil and Dawn Garrett
1416 Janneys Lane
Alexandria, VA 22302-3807

Potomac Pure Water Inc. d/b/a Endless Wa
7901 Beechcraft Avenue, Suite 5
Gaithersburg, MD 20879-1582


Potters Potties LLC
2329 Hoffman Circle
Warrenton, VA 20187-7808

Ramirez Fence, LLC
41141 John Mosby Highway
Aldie, VA 20105-2303

Rentals Unlimited, Inc.
14925 Southlawn Lane
Rockville, MD 20850-1322


Robert and Michelle LaBelle
9893 Windy Hollow Road
Great Falls, VA 22066-3552

Sams Creek Construction
2810 Sams Creek Road
New Windsor, MD 21776-8009

Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832-2267


Sandy Spring Bank
Attn: Diana Wigginton, VP
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sebastian Marvin Salam Chub
2204 Phelps Road, Apt. 203
Hyattsville, MD 20783-4449

Sebastian Marvin Salam Chub
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738


Servio Urrea Ochoa
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Servio Urrea Ochoa
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Shannon and Mike Dubke
7707 Ridgecrest Drive
Alexandria, VA 22308-1052


Shannon and Scott Forchheimer
6808 Millwood Road
Bethesda, MD 20817-6060

Site One Supply LLC
7913 Cessna Ave F
Gaithersburg, MD 20879-4139

Stadler Garden Centers, Inc.
5504 Mt. Zion Road
Frederick, MD 21703-4500


Stadler Garden Centers, Inc.
P.O. Box 11
Braddock Heights, Maryland 21714-0011

Stadler Nursery
6815 Olney Laytonsville Road
Gaithersburg, MD 20882

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

| | | |
|---|---|---|
| Stephen LaMontagne<br>888 17th Street, NW, Suite 1200<br>Washington, DC 20006-3320 | Steve Lamontagne<br>1000 Murphy Drive<br>Great Falls, VA 22066-1935 | Sussan Corcoran-Early<br>616 S Fairfax Street<br>Alexandria, VA 22314-3834 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TNT Environmental, Inc.<br>4455 Brookfield Corporate Drive,<br>Suite 100<br>Chantilly, VA 20151-1670 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 |
| Taylor and Charlotte Chess<br>5111 Brookridge Place<br>Fairfax, VA 22030-4506 | Teri A. Manolio<br>6004 Melvern Drive<br>Bethesda, MD 20817-2512 | Teri Manolio<br>6004 Melvern Drive<br>Bethesda, MD 20817-2512 |
| The Perennial Farm<br>12017 Glen Arm Road<br>Glen Arm, Maryland 21057-9454 | The Retirement Advantage, Inc.<br>11408 Cronridge Drive, Suite 1<br>Owings Mills, MD 21117-2237 | Thomas and Dana Lawson<br>14008 Triadelphia Rd<br>Glenelg MD 21737-9731 |
| Thu and Attticus Weller<br>1216 Morningside Lane<br>Alexandria, VA 22308-1041 | Timur Tunador<br>6426 79th Street<br>Cabin John, MD 20818-1613 | Tom and Carla Crawford<br>601 Lloyds Lane<br>Alexandria, VA 22302-3716 |
| Tom and Kerri Morey<br>11724 Wood Thrush Lane<br>Potomac, MD 20854-1442 | TriStar Electric, Inc.<br>2979 Jessup Road<br>Jessup, MD 20794-9724 | Tropical Treehouse Inc.<br>501 Courthouse Road<br>Richmond, VA 23236-3114 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0002 |
| United States Department of Labor EBSA WDO<br>1335 East-West Highway, Suite 200<br>Silver Spring, MD 20910-6253 | Universal Consulting Services, Inc. d/b/<br>3975 Fair Ridge Drive<br>Fairfax, VA 22033-2951 | VA Dept. of Transportation (EZPass VA)<br>1401 E. Broad Street<br>Richmond, VA 23219-2000 |
| Vicki Star<br>9805 Woodford Road<br>Potomac, MD 20854-5033 | Volvo Financial Services<br>P.O. Box 91300<br>Mobil, AL 36691-1300 | Vonage America, LLC<br>23 Main Street<br>Holmdel, NJ 07733-2136 |
| WM. E. Babikow Sons, Inc.<br>7838?Babikow?Road<br>Rosedale, MD 21237 | Walnut Spring Nursery, Inc.<br>14812 Burntwoods Road<br>Glenwood, MD 21738-9605 | Walter Alexander Granados Rodriguez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |

| | | |
|---|---|---|
| Walter Alexander Granados Rodriguez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | William P. McGrath, Jr.<br>888 17th Street, NW, Suite 1200<br>Washington, DC 20006-3320 | James Hoffman<br>4800 Montgomery Lane<br>Bethesda, MD 20814-3429 |
| Larry Strauss Esq.<br>CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Laura J. Margulies<br>Laura Margulies, Trustee<br>401 North Washington Street<br>Suite 500<br>Rockville, MD 20850-1789 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| Nick Arrington<br>N. T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 | Scott and Shannon Forchheimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Maryland Transportation Authority<br>PO Box 12853<br>Philadelphia, PA 19176 | T-Mobile<br>P.O. Box 53410<br>Bellevue, WA 98015 |
| (d)T-Mobile<br>PO Box 629025<br>El Dorado Hills, CA 95762 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Volvo Car Financial Services US, LLC | (u)Beau and Carrie Schuyler<br>INVALID ADDRESS PROVIDED | (u)Land Engineering, PLC<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    187
Bypassed recipients      3
Total                  190