| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16226<br>District of Maryland<br>Greenbelt<br>Wed Apr 10 11:54:39 EDT 2024 | CJ Cahill Design Build Inc.<br>5011 B LAYTONSVILLE ROAD<br>Olney, MD 20832-1903 | Johnson Family Enterprises, LLC<br>c/o Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401-7582 |
| Sandy Spring Bank<br>Henry & O'Donnell, P.C.<br>c/o Kevin M.O'Donnell<br>300 N. Washington St., Ste. 204<br>Alexandria, VA 22314-2530 | Anibal C Aguilar<br>1415 Kanawha Street Apt#101<br>Hyattsville, MD 20783-3942 | Atricain Interios LLC<br>2010 Clipper Park Road<br>Baltimore MD 21211-1439 |
| B&B Sheet Metal<br>25-40 50th Ave<br>Long Island City, NY 11101-4421 | Balmer J Barientos-Portillo<br>9301 19th Avenue Apt 203<br>Hyattsville, MD 20783-2302 | Banegas Mechanical Services<br>7605 Mane Lane<br>District Heights, MD 20747-2406 |
| Banegas Mechanical Services LLC<br>7605 Mane Ln<br>Forestville, MD 20747-2406 | Carlos S Guerra<br>8115 Riggs Rd<br>Hyattsville, MD 20783-2236 | Christopher Cahill<br>5011 Olney Laytonsville Road B<br>Olney, MD 20832-1903 |
| Christopher J Cahill<br>3539 Porter Street, NW<br>Washington, DC 20016-3177 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 | Delvin J Guerra Esquivel<br>225 University Blvd E.<br>Silver Spring, MD 20901-4744 |
| Dizon Almazan Landaverde<br>9301 19th Avenue, Apt. 203<br>Hyattsville, MD 20783-2302 | Douglas Flores Welding<br>4921 Monroe Street<br>Bladensburg, MD 20710-2315 | Dylan French<br>5505 16th Street, NW<br>Washington, DC 20011-6822 |
| Dylan French<br>c/o Jason S. Ordene<br>7315 Wisconsin Ave. STE 800 West<br>Bethesda, MD 20814-3202 | Eliuth Mata<br>9608 Small Drive<br>Clinton, MD 20735-3543 | Elmer Adonelser<br>9301 19th Avenue, Apt. 203<br>Hyattsville, MD 20783-2302 |
| Erie Insurance<br>100 Erie place<br>Erie, PA 16530-0001 | Ermel I Guitierrez Diaz<br>5600 Queens Chapel Rd Apt 3<br>Hyattsville, MD 20782-3853 | Eugene and Jennifer Krichevsky<br>6904 Armat Dr<br>Bethesda, MD 20817-2102 |
| F&B Electric<br>3037 Lorena Ave<br>Baltimore, MD 21230-2733 | F&B Electric<br>622 Washinton Ave<br>Halethorpe, MD 21227-3121 | F&B Electric LLC<br>622 Washington Ave<br>Halethorpe, MD 21227-3121 |
| Fatima G Guevara<br>23308 Wilderness Walk Ct<br>Gaithersburg, MD 20882-2733 | Graber & Associates<br>6210 Park Heights Ave #101<br>Baltimore, MD 21215-3626 | Hector M Martinez<br>4720 Brandon Lane<br>Beltsville, MD 20705-2638 |

Henry F Gutierrez
5600 Queens Chapel Rd Apt 3
Hyattsville, MD 20782-3853

Henry N Esquivel
9411 Avenel Rd
Silver Spring, MD 20903-2306

Hernandez Gonzalez Flooring
13401 Buchanan Drive
Fort Washington, MD 20744-2932

Humberto Flores
440 N Summit Avenue Apt. 104
Gaithersburg, MD 20877-3209

JG Plumbing LLC
3349 Apgar Pl
Herndon, VA 20170

James and Elizabeth Kramer
9890 Windy Hollow Road
Great Falls, VA 22066-3551

Jennifer and Eugene Krichevsky
6904 Armat Drive
Bethesda, MD 20817-2102

Jesenia R Gonzalez
9220 Alcona Street
Lanham Seabrook, MD 20706-2461

Jim and Autumn Vandehei
418 West Braddock Road
Alexandria, VA 22302-4209

John and Patrick McCusker
220 Virginia Avenue
Alexandria, VA 22302-2906

John and Patrick McCusker
2202 Virginia Avenue
Alexander, VA 22302

Johnson Family Enterprises LLC
P. O. Box 341207
Bethesda, MD 20827-1207

Jorge Ascencio
7808 Kennewick Avenue, Apt. 101
Takoma Park, MD 20912-7431

Jorge Mata Bartolo
9608 Small Drive
Clinton, MD 20735-3543

Jose A Guerra Lopez
6821 Red Top Road Apt. T2
Takoma Park, MD 20912-5982

Juan Francisco Almazan
9301 19th Avenue, Apt. 203
Hyattsville, MD 20783-2302

Kendall Day and Danielle Baussan
c/o Ziad P. Haddad, Esq.
Tobin O'Connor & Ewing 5335 Wiscons
Washington, DC 20015-2030

Kendall and Danielle Day
5420 Sherier Place, NW
Washington, DC 20016-2562

Laura Margulies, Trustee
For the Estate of Botanical Decorators,
1680 E. Gude Drive, Suite 200
Rockville, MD 20850-1371

Luciano Almazan Ramos
9301 19th Avenue Apt 203
Hyattsville, MD 20783-2302

MC Plumbing
6715 Poplar Street
Falls Church, VA 22042-2125

Marcos J Ledo
4910 McCall Street
Rockville, MD 20853-3731

Mario A Galindo
3703 Weller Road
Silver Spring, MD 20906-4370

Michelle and Robert LaBelle
9893 Windy Hollow Rd
Great Falls, VA 22066-3552

Michelleand Robert LaBelle
9893 Windy Hollow Rd
Great Falls, VA 22066-3552

Miguel A Hernandez
11507 Patapsco Drive
Rockville, MD 20852-2453

Otto Esquivel-Perez
8044 Watermill Court
Elkridge, MD 21075-6145

PEDRO TORRES
11407 STATEN CT
GERMANTOWN MD, MD 20876-1717

Patrick James McCusker
220 Virginia Ave.
Alexandria, VA 22302-2906

Patrick and Jenny McCusker
220 Virginia Avenue
Alexandria, VA 22302-2906

| | | |
|---|---|---|
| Phil and Dawn Garrett<br>1416 Janneys Lane<br>Alexandria, VA 22302-3807 | Robert Barusefski<br>1499 Massachusetts Avenue #G02<br>Washington, DC 20005-2836 | Robert J. LaBelle<br>9893 Windy Hollow Road<br>Great Falls, VA 22066-3552 |
| Robert and Michelle LaBelle<br>9893 Windy Hollow Road<br>Great Falls, VA 22066-3552 | SGA Remodeling<br>11004 Cross Laurel Dr<br>Germantown, MD 20876-6301 | Sams Creek Construction<br>2810 Sams Creek Road<br>New Windsor, MD 21776-8009 |
| Samuel Lopez<br>701 Ethan Allen Ave Apt 207<br>Takoma Park, MD 20912-5430 | Sandy Spring Bank<br>Attn: Diana Wigginton, VP<br>6831 Benjamin Franklin Drive<br>Columbia, MD 21046-2633 | Scott and Shannon Forchheimer<br>c/o Jack McKenna, Esq.<br>Asmar Schor McKenna PLLC 5335 Wisconsin<br>Washington, DC 20015-2030 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | TW Perry<br>8101 Snouffer School Rd<br>Gaithersburg, MD 20879-1505 | TWP Enterprises Inc.<br>8101 Snouffer School Road<br>Gaithersburg, MD 20879-1505 |
| Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 | Tim and Ginny O'Connor<br>20016 Belle Chase Drive<br>Gaithersburg, MD 20882-1261 | Tristar Electric<br>2979 Jessup Road<br>Jessup, MD 20794-9724 |
| Tyson R Bateman<br>445 Foxrigde Drive SW<br>Leesburg, VA 20175-2512 | William Rodas<br>14151 Renegade Court<br>Woodbridge, VA 22193-3728 | YEZPEDROS' SERV.<br>11407 STATEN CT<br>Germantown, MD 20876-1717 |
| Yadin O Gutierrez<br>5600 Quennd Chapel Rd Apt 3<br>Hyattsville, MD 20782-3853 | Dylan French<br>c/o Bregman, Berbert, Schwartz, & Gilday<br>7315 Wisconsin Ave.<br>Suite 800 West<br>Bethesda, MD 20814-3217 | James Hoffman<br>4800 Montgomery Lane<br>Bethesda, MD 20814-3429 |
| Larry Strauss Esq.<br>CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Laura J. Margulies<br>Laura Margulies, Trustee<br>401 North Washington Street<br>Suite 500<br>Rockville, MD 20850-1789 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| Nick Arrington<br>N. T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BFS Operations, LLC, successor in interest

(u)Autumn & Jim Vandehei
INVALID ADDRESS PROVIDED

(u)Campbell, Arar N
INVALID ADDRESS PROVIDED

(u)Chaiyim B Casavant
INVALID ADDRESS PROVIDED

(u)Elmer J Hernandez
INVALID ADDRESS PROVIDED

(u)Hernandez Golzolez Flooring
INVALID ADDRESS PROVIDED

(u)Pedro Coreas
INVALID ADDRESS PROVIDED

(u)Sams Creek

(u)Patrick McCusker

End of Label Matrix
Mailable recipients    84
Bypassed recipients     9
Total                  93