Entered: May 10th, 2024
Signed: May 9th, 2024

**DENIED**

The Court has entered an order approving a settlement. Therefore, the motion to dismiss is denied as moot.



**MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: | |
| BOTANICAL DECORATORS, INC., | No. 22-16740-MCR |
| Debtor. | Chapter 7 |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., *et al*. | |
| Plaintiffs, | Adv. Case No. 23-287-MCR |
| v. | |
| CHRISTOPHER CAHILL, *et al*. | |
| Defendants. | |

**ORDER GRANTING CHRISTOPHER CAHILL'S MOTION TO DISMISS**

Upon consideration of Christopher Cahill's Motion to Dismiss (the "Motion," as found at DE #5), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that the foregoing action be, and hereby is, DISMISSED WITH PREJUDICE as to Christopher Cahill and solely as to Christopher Cahill.

Copies:

James M. Hoffman, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Email: jhoffman@offitkurman.com

Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
Email: jfasano@mhlawyers.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

DENIED