United States Bankruptcy Court
District of Maryland

Laura J. Margulies, Chapter 7 Trustee fo,
    Plaintiff

Adv. Proc. No. 23-00287-MCR

Cahill,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2024 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for Botanica, 401 N. Washington St., Ste 500, Rockville, MD 20850-1789 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for CJ Cahil, 401 N. Washington St. Ste 500, Rockville, MD 20850-1789 |
| | + | Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| dft | + | Richard Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James M. Hoffman | jhoffman@offitkurman.com mmargulies@offitkurman.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: May 10, 2024 | Form ID: pdfall | Total Noticed: 5

ndiglaw@recap.email

TOTAL: 3

Entered: May 10th, 2024
Signed: May 9th, 2024

**DENIED**

The Court has entered an order approving a settlement. Therefore, the motion to dismiss is denied as moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re: | |
| BOTANICAL DECORATORS, INC., | No. 22-16740-MCR |
| Debtor. | Chapter 7 |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., *et al.* | |
| Plaintiffs, | Adv. Case No. 23-287-MCR |
| v. | |
| CHRISTOPHER CAHILL, *et al.* | |
| Defendants. | |

### ORDER GRANTING CHRISTOPHER CAHILL'S MOTION TO DISMISS

Upon consideration of Christopher Cahill's Motion to Dismiss (the "Motion," as found at DE #5), any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that the foregoing action be, and hereby is, DISMISSED WITH PREJUDICE as to Christopher Cahill and solely as to Christopher Cahill.

Copies:

James M. Hoffman, Esq.
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Email: jhoffman@offitkurman.com

Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
Email: jfasano@mhlawyers.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

DENIED

2