United States Bankruptcy Court
District of Maryland

Laura J. Margulies, Chapter 7 Trustee fo,
    Plaintiff

Adv. Proc. No. 23-00287-MCR

Cahill,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2024 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for Botanica, 401 N. Washington St., Ste 500, Rockville, MD 20850-1789 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for CJ Cahil, 401 N. Washington St. Ste 500, Rockville, MD 20850-1789 |
| dft | + | Richard Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 08 2024 19:20:00 | U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James M. Hoffman | jhoffman@offitkurman.com mmargulies@offitkurman.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhla |

District/off: 0416-0                           User: admin                              Page 2 of 2
Date Rcvd: Jul 08, 2024                        Form ID: pdfall                          Total Noticed: 5

wyers.com,Fasano.JustinR92003@notify.bestcase.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

TOTAL: 3

Entered: July 8th, 2024
Signed: July 3rd, 2024
## SO ORDERED
No objection filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No:  22-16223 MCR |
| Debtor | * | (Chapter 7) |

_____

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No.  23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

_____

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

_____

**ORDER ON GRANTING TRUSTEE'S MOTION TO
COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE**

Upon the Motion (the "Motion") by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") to compel the Debtor to turnover property of the Estates of Botanical Decorators, Inc., CJ Cahill Design Build, Inc. and Christopher John Cahill, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that, within ten (10) days following the entry of this Order, the Debtor, Christopher John Cahill shall turnover to the Trustee the sum of Seventy-Five Thousand Five Hundred ($75,500.00) in certified funds from his non-exempt 401(k) retirement account and deliver it to Laura J. Margulies, Trustee at 401 N. Washington, Street, Suite 500, Rockville, MD 20850, and it is further

ORDERED that upon the Debtor's failure to comply with the terms of this Order, the Trustee may also seek appropriate sanctions for failure to comply with this Order.

cc:

Laura J. Margulies, Trustee
trustee@law-margulies.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

**Maurice Belmont VerStandig**
mac@mbvesq.com

United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

**END OF ORDER**

4894-1217-8359, v. 3