United States Bankruptcy Court
District of Maryland

Laura J. Margulies, Chapter 7 Trustee fo,
    Plaintiff

Cahill,
    Defendant

Adv. Proc. No. 23-00287-MCR

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Aug 21, 2024      Form ID: nfilecls      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Christopher John Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for Botanica, 401 N. Washington St., Ste 500, Rockville, MD 20850-1789 |
| pla | + | Laura J. Margulies, Chapter 7 Trustee for CJ Cahil, 401 N. Washington St. Ste 500, Rockville, MD 20850-1789 |
| dft | + | Richard Cahill, 13312 Drew Lane, Potomac, MD 20854-1033 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Aug 21, 2024 Form ID: nfilecls Total Noticed: 4
TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

In re:    Case No.: **22−16223 − MCR**    Chapter: **7**    Adversary No.: **23−00287**

**Botanical Decorators, Inc.**
Debtor

**Laura J. Margulies, Chapter 7 Trustee for CJ Cahill Design Build, Inc., et al**
Plaintiff

vs.

**Christopher John Cahill,, et al**
Defendant

## NOTICE OF FILING IN A CLOSED CASE

The above−captioned case was closed on 7/24/24. A subsequent pleading [41 − Motion to Compel Turnover Property of the Estate Motion to Revise Order Granting Trustee's Motion to Compel Turnover Property of the Estate Filed by Laura J. Margulies, Chapter 7 Trustee for Botanical Decorators, Inc., Laura J. Margulies, Chapter 7 Trustee for CJ Cahill Design Build, Inc.. (Attachments: # 1 Proposed Order) (Hoffman, James)] was filed with the Court on August 2, 2024. If you wish to have this matter considered, a Motion to Reopen the case must be filed and granted before this pleading will be considered. A fee may be required when filing a Motion to Reopen a case. Contact the Clerk's office for the current fee.

Please note that NO action will be taken on the matter unless a motion to reopen the case has been granted by the court.

Dated: 8/21/24

                                                         Mark A. Neal, Clerk of Court
                                                         by Deputy Clerk, Laurie Arter
                                                         301−344−3327

cc:    Plaintiff

      Attorney for Plaintiff − James M. Hoffman
      Defendant
      Attorney for Defendant − Maurice Belmont VerStandig

nfilecls (05/2014) − *LaurieArter*